| | | |
|---|---|---|
| US DOT #: [illegible] | **GOOD VIEW MOVING & STORAGE** | Agreed Pick Up Date: |
| ICC/MC #: MC-1425325 | | Actual Pick Up Date: 5/28/2025 |
| Van #: 1 and 2 | Goodview Moving and Storage \| 409 Riverview Drive, Totowa, NJ, 07512 | 1st Available Delivery Date: 6-3-25 |
| Order #: V6251731 | Tel: 973-836-2717 \| Email:service@fasttransportation.info | Delivery No Later Than: |

# INTERSTATE BILL OF LADING

| Interlining Carrier / Agent | Address | Contact Phone |
|---|---|---|
| | | |

| Origin Information | | | Destination Information | | |
|---|---|---|---|---|---|
| Customer Name: Steve kokodge | | | Customer Name: Steve kokodge | | |
| Address: 8310 simsbury dr | | | Address: 1856 velvet oak lane | | |
| City: Verdi | State: Nv | Zip Code: 89439 | City: Conroe | State: Tx | Zip Code: 77301 |
| Primary Phone: 17753136005 | Secondary Phone: | | Primary Phone: | Secondary Phone: | |
| **Contact Person En Route:** Name | | | Phone: | Fax: | |

## Valuation Information

**THE CONSUMER MUST SELECT ONE OF THESE OPTIONS FOR THE CARRIER'S LIABILITY FOR LOSS OR DAMAGE TO YOUR HOUSEHOLD GOODS**

**THE CONSUMER CUSTOMER'S DECLARATION of VALUE**
**THIS IS A TARIFF LEVEL OF CARRIER LIABILITY – IT IS NOT INSURANCE**

**OPTION 1: The Cost Estimate that you receive from your mover MUST INCLUDE Full (Replacement) Value Protection for the articles that are included in your shipment. If you wish to waive the Full (Replacement) Level of protection you must complete the WAIVER of Full (Replacement) Value Protection** shown below.

**Full (Replacement) Value Protection** is the most comprehensive plan available for protection of your goods. If any article is lost, destroyed or damaged while in your mover's custody, your mover will, at its option, either 1) repair the article to the extent necessary to restore it to the same condition as when it was received by your mover, or pay you for the cost of such repairs; or 2) replace the article with an article of like kind and quality, or pay you for the cost of such a replacement. Under Full (Replacement) Value Protection, if you do not declare a higher replacement value on this form prior to the time of shipment, the value of your goods will be deemed to be equal to $6.00 multiplied by the weight (in pounds) of the shipment, subject to a minimum valuation for the shipment of $6000. Under this option the cost of your move will be composed of a base rate plus an added cost reflecting the cost of providing this full value cargo liability protection for your shipment.

**If you wish to declare a higher value for your shipment than these default amounts, you must indicate that value here. Declaring a higher value may increase the valuation charge in your cost estimate.**

**The Total Value of my shipment is:**

**$________________ (to be provided by the customer)**

**Dollar Estimate of the cost of your move at Full (Replacement) Value Protection:**

**$________________ (to be provided by carrier)**

I acknowledge that for my shipment I have 1) **ACCEPTED the Full (Replacement) Level of protection included in the estimate and declared a higher total value of my shipment (if appropriate); and 2) received a copy of the "Your Rights and Responsibilities When You Move"** brochure explaining these provisions.

**X________________ (Customer's Signature & Date)**

------------------------------------ OR ------------------------------------

**Option 2 – WAIVER of Full (Replacement) Value Protection. This lower level of protection is provided at no additional cost beyond the base rate; however it provides only minimal protection** that is considerably less than the average value of household goods. Under this option, a claim for any article that may be lost, destroyed or damaged while in your mover's custody will be settled based on the weight of the individual article multiplied by 60 cents. For example, the settlement for an audio component valued at $1000 that weighs 10 pounds would be $6.00 (10 pounds times 60¢). **Dollar Estimate of the cost of your move under the 60-cents option:**

**$** 60 cent cu ft **(to be provided by carrier) COMPLETE THIS PART ONLY if you wish to WAIVE the Full (Replacement) Level of Protection included in the higher cost estimate provided (above) (on the prior page) for your shipment and instead select the LOWER Released Value of 60 Cents Per Pound Per Article; to do so you must initial and sign on the lines below – I wish to Release My Shipment to a Maximum Value of 60 Cents per Pound per Article.**

I acknowledge that for my shipment I have **1) WAIVED the Full (Replacement) Level of protection for which I have received an estimate of charges; and 2) received a copy of the "Your Rights and Responsibilities When You Move"** brochure explaining these provisions.

**X** [signature] May 28, 2025 **(Customer's Signature & Date)**
Steven Kolodge (May 28, 2025 21:40 PDT)

**DOCUMENTS:** I hereby declare that I have received the publications Ready to Move; Claim Filing & Arbitration Program information. Tarrif availability Method of Conversion, and removed Weighing of the truck.

Customer's Signature X [signature] Date May 28, 2025
Steven Kolodge (May 28, 2025 21:40 PDT)

**PICK UP ACKNOWLEDGEMENT:** I, the customer / representative, hereby declare that I have the full authority to enter into this agreement with the carrier / its agents and that I will be responsible severally or jointly for the charges applied and listed above. I understand that all pick up acknowledgement charges are based on the actual weight or space occupied by my shipment. I agree and accept the charges as listed above.

Customer's Signature [signature] Date May 28, 2025
Steven Kolodge (May 28, 2025 21:40 PDT)

Carrier's Signature [signature] Date 5/28/2025

## Services

| Services | | | Charges |
|---|---|---|---|
| Lbs.@$ | 3200 | Cu. Ft.@$ 2.5 | $ 8000 |
| Fuel Surcharge ~~20%~~ 3% | | | $ 240 |
| Packing Labor & Materials | | | $ 70 |
| Bulky Articles | | | $ |
| Stairs | ☐ Origin | ☐ Destination | $ |
| Elevator | ☐ Origin | ☐ Destination | $ |
| Long Carry | ☐ Origin | ☐ Destination | $ |
| Shuttle | ☐ Origin | ☐ Destination | $ |
| SIT | ☐ Origin | ☐ Destination | $ |
| Stg. Handling | ☐ Origin | ☐ Destination | $ |
| Extra Labor | ☐ Origin | ☐ Destination | $ |
| Extra Stop | ☐ Origin | ☐ Destination | $ |
| Waiting Time / Overnight | ☐ Origin | ☐ Destination | $ |
| Redelivery | | | $ |
| Other Binding Estimate fee | | | $ 9240 |
| FVP | Value $ | Ded. $ | $ |
| | | TOTAL APPLICABLE CHARGES | $ 17550 |
| Maximum advantage of discount | | ~~TARIFF~~ DISCOUNTS | $ 5550 |
| | | PREPAID DEPOSIT | $ 4225 |

**BILL OF LADING RECEIPT ACKNOWLEDGEMENT:** BILL OF LADING RECEIPT ACKNOWLEDGEMENT: I, the customer, hereby declare that I have received a copy of this Bill of Lading as required by law. I read, understand and agree to the terms as presented on this contract. I understand that I have up to 3 days from the date of this acknowledgement to cancel my move without penalty. Cancellation after this date must be in accordance with the cancellation policy as detailed on the back thereof.

| | | |
|---|---|---|
| Customer Signature [signature] May 28, 2025 Steven Kolodge (May 28, 2025 21:40 PDT) | | Date |
| Carrier's (Driver) [signature] | 5/28/2025 | Date |
| CC, Cashier's ck, Personal ck, PMO, Cash, App Zelle | ORIGIN PAYMENT | $ 1000 |
| | BALANCE DUE AT DESTINATION<br>Must be paid prior to unloading of the truck | $ 6775 |
| | PRICE ADJUSTMENTS | $ |
| PMO, Cash | DESTINATION PAYMENT | $ |
| BALANCE DUE TO CARRIER WITHIN 30 DAYS | | $ |

**DELIVERY ACKNOWLEDGEMENT:** I, the customer / representative, hereby declare that I have the authority to enter into this agreement with the carrier / its agents. All services ordered have been performed and all goods are received in apparently good condition except as noted on the inventory sheets conducted for my move.

| | |
|---|---|
| Customer Signature | Date |
| Carrier's (Driver) | Date |

## INTERSTATE BILL OF LADING TERMS AND CONDITIONS

Except when transportation is performed under the provisions of item 2(a) of the tariff, the following Bill of Lading Terms and Conditions apply to all transportation performed by carrier in addition and conjunction with all other rules, regulations, rates, and charges in this applicable tariff, which is available for inspection at the facility (s) specified by the carrier. Carrier may furnish provisions of the tariff governing this shipment upon request. This contract is subject to all the rules, regulations, rates and charges in carrier's currently effective applicable tariffs including, but not limited to, the following terms and conditions:

**SECTION 1:** LIMITATION OF LIABILITY. The carrier or party in possession shall be liable for the physical loss of and / or damage to any articles from external cause and / or the delay of shipment while being carried EXCEPT loss, damage or delay caused by or resulting:

a. From an act, omission or order of customer;
b. From defect or inherent vice of the article, including susceptibility to damage because of atmospheric conditions such as temperature and humidity or changes therein;
c. From
   1. hostile or warlike action in time of peace or war, including action in hindering, combating or defending against an actual, impending or expected attack (A) by any government or sovereign power, or by any authority maintaining or using military, naval or air forces; or (B) by military, naval or air forces; or (C) by an agent of any such government, power, authority or forces;
   2. any weapon of war employing atomic fission or radioactive force whether in time of peace or war;
   3. insurrection, rebellion, revolution, civil war, usurped power, or action taken by governmental authority in hindering, combating, or defending against such an occurrence;
   4. seizure or destruction under quarantine or customs regulations;
   5. confiscation by order of any government or public authority; or
   6. risks of contraband or illegal transportation or trade.
d. From terrorist activity, including action in hindering or defending against an actual expected terrorist activity. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. The term â€˜terrorist activityâ€™ means any activity which is unlawful under the laws of the United States or any State and which involves any of the following:
   1. the hijacking or sabotage of any conveyance (including an aircraft, vessel, cab, truck, van, trailer, container or vehicle) or warehouse or other building;
   2. the seizing or detaining, and threatening to kill, injure, or continue to detain, another individual in order to compel a third person (including a governmental organization) to do or abstain from doing any act as an explicitly or implicit condition for the release of the individual seized or detained;
   3. an assassination;
   4. the use of any (A) biological agent, chemical agent, or nuclear weapon or device, or (B) explosive, firearm, or other weapon or dangerous device (other than for mere personal monetary gain), with intent to endanger, directly or indirectly, the safety of one or more individuals or to cause substantial damage to property; or
   5. a threat, attempt, or conspiracy to do any of the foregoing.
e. From delay caused by highway obstruction, or faulty or impassable highways, or lack of capacity of any highway, bridge or ferry, or caused by breakdown or mechanical defect of vehicles or equipment, strikes, lockouts, labor disturbances, riots, civil commotions, or the acts of any person or persons taking part in any such occurrence or disorder, and from loss or damage when carrier, after notice to customer or its authorized representative of a potential risk of loss or damage to the shipment from such causes, is instructed by the customer to proceed with such transportation and/or delivery, notwithstanding such risk. or from any cause other than negligence of the carrier; nor shall the carrier be bound to transport by any particular schedule, means, vehicle or otherwise than with reasonable dispatch. The carrier reserves the right to forward the delivery of said property to any carrier or agent, or by any vehicle or vehicles, or by any route between the point of shipment and the point of destination.
f. From Acts of God.
g. For any mechanical or electrical malfunction of appliances or any electronics such as but not limited to computers and computer equipment, piano, radio, television set, VCR, DVD player, barometer, refrigerator, phonograph, clock, air conditioner or other instrument unless caused and or results of improper handling by its employees.
h. For loss or damage caused by ordinary wear and tear, leakage, mold, mildew, termites, rodents, vermin, moths, and other insects, rust, fumigation, heat, natural deterioration, defect of the property, or damage to particle board.
i. For the loss or damage to currency, precious stones, documents, stamps, securities, species, silverware, jewelry, personal electronics such as but not limited to iPod, digital camera, chargers, cell phones, laptops or any valuables unless such articles were specifically declared in writing prior to the move, and unless the additional valuation charges are paid by the customer.
j. From an attempt to get a piece of furniture into an area that said piece has difficulty entering or exiting from. The damage to the said piece and or the property damage that may occur as a result to the customerâ€™s request to force items in or out of the residence or any location where said piece is to be forced in or out, are not covered under carrierâ€™s liability. The customer at their request will accept responsibility to any and / or all damages that may occur to real property such as but not limited to walls, banisters, doorways, floors, ceilings, etc.
k. For packing damage to any fragile items, concealed items or contents unless packed and unpacked by its employees.
l. For compensation, repair, or replacement of a pair or set of articles, transported in a shipment but only to the specific articles damaged or lost while in its possession. SUBJECT, in addition to the foregoing, to the further following limitations on the carrierâ€™s or the partyâ€™s in possession liability: The carrierâ€™s or the partyâ€™s in possession maximum liability shall be :
   1. The lump sum value declared by customer, which may not be less than $6000.00 or $6.00 per pound multiplied by the actual weight of the shipment. In pounds, whichever is greater, or
   2. The actual loss or damage not exceeding sixty (60) cents per pound of the weight of any lost or damaged article when the customer has released the shipment to carrier, in writing, with the maximum liability limited to sixty (60) cents per pound per article.

**SECTION 2:** TRANSPORTATION. SCHEDULE. The carrier shall attempt to pick up shipment at origin within one (1) day before or after the requested pick up date and attempt delivery within business days from the first available delivery date requested and no later than the time specified on the face hereof provided that the requested dates are within reasonable dispatch. If the No Later Than Date entered by shipper on the face hereof is less than 21 business days required by the carrier, then 21 business days time limit shall apply to this contract. The carrier shall not be liable for any expenses incurred by a shipper during the time specified in this section. Guaranteed Delivery services are only available to shippers upon the advanced arrangement and payment for such services. If shipment is delayed at the fault of the carrier, the compensation for such delay will be calculated at $ 100 per every business days before actual pick up date or $25 for every beyond the 21 delivery time limit and subject to the limitations included in section 1 of this agreement and per the carrierâ€™s applicable tariff. DELIVERY TO STORAGE. If for any reason other than the fault of the carrier, delivery cannot be made at address shown on the face hereof, or at any previously agreed upon changed address, carrier, at its sole discretion, may place said shipments in storage in a warehouse selected by it at the point of delivery or at any other available points, at the cost of the owner, and subject to a lien for all accrued tariff charges. If after shipment is placed in storage, the customer elects to pay all balances due to carrier, the carrier may elect to deliver said shipment and collect all applicable tariff charges at time of delivery or prior to attempting second delivery; if storage is located near customers destination address as listed on the face hereof, the carrier may release the goods to the customer at the storage location in which the delivery was made.

**SECTION 3: COLLECTION OF CHARGES:** The carrier will collect 100% of a binding estimate or up to 110% of a non-binding estimate provided that no post contract services are required at destination. Any additional post contract services will be collected in full prior to the unloading of the shipment at destination. Pursuant to Â§ 375.703, the carrier reserves the right to collect all post contract services in full in addition to 15% of all charges due in addition to the 100% of a binding estimate or 110% of a non-binding estimate if impracticable operations are required at time of delivery. The carrier reserves the right to collect 15% of all charges due in addition to the 100% of a binding estimate or 110% of a non-binding estimate if impracticable operations are required at time of delivery and 100% of post contract services prior to the unloading at time of delivery.
**METHOD OF PAYMENT:** 10% is required at time of reservation of service paid by Visa, Mastercard, Discover, Cashier's Check, Personal Check, Postal Money Order, Cash, Venmo, Zelle, Paypal. Upon arrival 50% of the balance must be paid at origin by Visa, Mastercard, Discover, Cashier's Check, Personal Check, Postal Money Order, Cash, Venmo, Zelle, Paypal. Personal check may be accepted if shipment is scheduled for SIT or delivery at destination is in no less than 10 business days. Remaining balance must be paid in full prior to the unloading of the truck at destination by Postal Money Order, Cash . The carrier reserves the right to collect 15% of all charges due in addition to the 100% of a binding estimate or 110% of a non-binding estimate if impracticable operations are required at time of delivery. **METHOD OF CONVERSION:** Non-Binding Estimates will be calculated by the actual weight of a shipment supported by weight tickets. Binding Estimates will be calculated by utilizing the mandatory conversion formula of the actual cubic feet multiplied by 7.

**SECTION 4:** PAYMENT FOR SERVICES / INDEMNITY OF DAMAGE. (a) The customer or its authorized representative, upon tender of the shipment to carrier, and upon acceptance of delivery of shipment from carrier, shall be liable, jointly and severally, for all unpaid charges payable on account of a shipment in accordance with applicable tariffs including, but not limited to, sums advanced or disbursed by a carrier on account of such shipment. The extension of credit to either customer or its authorized representative for such unpaid charges shall not thereby discharge the obligation of the other party to pay such charges in the event the party to whom credit has been extended shall fail to pay such charges. (b) The customer shall indemnify carrier against loss or damage caused by inclusion in the shipment of explosives or dangerous articles or goods.

**SECTION 5:** AUCTION OF SHIPMENT. If shipment is refused by the customer or its authorized representative at destination, or if customer or its authorized representative or owner of property fails to receive or claim it within fifteen (15) days after written notice by United States mail addressed to customer or its authorized representative at post office addresses shown on face thereof, or if customer fails or refuses to pay applicable charges in accordance with carrierâ€™s applicable tariff, carrier may sell the property at its option, either (a) upon notice in the manner authorized by law, or (b) at public auction to highest bidder for cash at a public sale to be held at a time and place named by carrier, thirty (30) daysâ€™ notice of which sale shall have been given in writing to customer or its authorized representative, and there shall have been published at least once a week for two consecutive weeks in a newspaper of general circulation at or near the place of sale, a notice thereof containing a description of the property as described in the bill of lading, and the names of the customer or its authorized representative. The proceeds of any sale shall be applied toward payment of tariff charges applicable to shipment and toward expenses of notice, advertising and sale, and of storing, caring for and maintaining property prior to sale, and the balance if any shall be paid to owner of property; PROVIDED that any perishable articles contained in said shipment may be sold at public or private sale without such notices, if, in the opinion of carrier, such action is necessary to prevent deterioration or further deterioration.

**SECTION 6:** FILING OF CLAIMS. As a condition precedent to recovery, a claim for loss, damage, delay, overcharge or property damage must be filed in writing with carrier or with CSI (772) 742-5246 Claims@csipros.org within nine (9) months after delivery to consignee as shown on the governing Bill of Lading, or in case of failure to make delivery, within nine (9) months after a reasonable time for delivery has elapsed; Per federal law the carrier must participate in Arbitration Program and offer this option to a customer when a settlement cannot be reached. The carrier participates in the Arbitration Program provided by CSI Arbitration Shield (772) 742-5246 arbitration@csipros.org. Where a claim is not filed or suit is not instituted thereon in accordance with the foregoing provisions, carrier shall not be liable and such a claim will not be paid. All claims are subject to the full payment of services rendered by carrier. The carrier reserves the right to utilize the services of any third party claims processing company at its sole discretion. The claim filing requirements and the terms and conditions for filing claims with the carrierâ€™s choice of claims company are hereby incorporated by reference and are a legal part of the carrierâ€™s applicable tariff thereof.

**SECTION 7:** JURISDICTION. If a situation arises in which a settlement cannot be reached or a dispute between carrier and customer cannot be resolved, the customer hereby agrees to the jurisdiction of the county and state of residency of the carrier place of business and waives the right to be served within the carrierâ€™s place of businessâ€™ county and state. Suit must be instituted within two (2) years and one (1) day from the date the carrier notifies the customer that the claim or any parts thereof have been disallowed. Suits involving disputes resulting of interstate relocation must be limited to the governing federal regulations. Customer may only bring suit in circuit or county court in and for the carrierâ€™s county and state of residency. Both parties consent to and agree given the relationship to the state, such an exercise is reasonable and lawful.

**SECTION 8:** CANCELLATION OF SERVICES. The customer has the right to cancel services penalty free within 3days after receiving the Bill Of Lading. The carrier has the right to cancel services ordered by customer at its sole discretion subject to the complete refund of prepaid deposits. EXCEPT: when cancellation is due to change of order at origin for which the customer refuses to accept the adjusted rates. Customer may cancel services up to 2 Days prior to the scheduled move via written notification to service@fasttransportation.info Customer must verify that the cancellation notice has been received for a 30% refund of prepaid deposits. if services are cancelled less than 2 Days prior to the scheduled move the customer shall forfeit prepaid deposit. Forfeited deposits will be used to pay for expenses incurred due to late notice of cancellation. If cancellation of service by carrier and or customer occurs at time of pick up, the customer will be held liable for the payment of all services rendered per the carrier's applicable tariff and at full tariff rates.

**SECTION 9 TARIFF AVAILABILITY:** The carrier's Tariff, by reference, is made a part of the Bill of Lading and is available for inspection at the carrier's facility. Carrier may furnish a copy of provisions of the tariff governing this shipment upon request. This bill of lading incorporates by reference all the services included on the estimate, including any new estimate prepared for the move.



Steven Kolodge (May 28, 2025 21:40 PDT)

May 28, 2025

| | | |
|---|---|---|
| US DOT #: 3883187 | GOOD VIEW MOVING & STORAGE | Page#: No. of Pgs: |
| ICC/MC #: MC-1425325 | | TAG-LOT#: |
| Van #: 1 | Goodview Moving and Storage \| 409 Riverview Drive, Totowa, NJ, 07512<br>Tel: 973-836-2717 \| service@fasttransportation.info | TAG-Color: Yellow |
| Order #: V6251731 | **HOUSEHOLD GOODS DESCRIPTIVE INVENTORY** | Pick-Up-Date: |

| Origin Information | | | Destination Information | | |
|---|---|---|---|---|---|
| Customer Name: Steve kokodge | | | Customer Name: Steve kokodge | | |
| Address: 8310 simsbury dr | | | Address: 1856 velvet oak lane | | |
| City: Verdi | State: Nv | Zip Code: | City: Conroe | State: Tx | Zip Code: |

| Descriptive Symbols | | | Exception Symbols | | | Location Symbols | | |
|---|---|---|---|---|---|---|---|---|
| BW – BLANKET WRAPPED | LTV – LCD TV | BE – BENT | F – FADED | MO – MOTH | SH – SHORT | 1. ARM | 7. REAR | 13. CENTER |
| CBO – CRATED BY OWNER | PBO – PACKED BY OWNER | BR – BROKEN | G – GOUGED | P – PEELING | SO – SOILED | 2. BOTTOM | 8. RIGHT | 14. INSIDE |
| CCR – CARRIER CRATED | PB – PROFESSIONAL BOOKS | BU – BURNED | L – LOOSE | R – RUBBED | ST – STAINED | 3. CORNER | 9. SIDE | 15. SEAT |
| CD – CARRIER DISASSEMBLED | PE – PROFESSIONAL EQUIPMENT | CH – CHIPPED | M – MARRED | RU – RUSTED | T – TORN | 4. FRONT | 10. TOP | 16. DRAWER |
| CP – CARRIER PACKED | PP – PROFESSIONAL PAPERS | CU – CONTENT & CONDITION UNKNOWN | MI – MILDEW | S – STRETCHED | W – WORN | 5. LEFT | 11. VENEER | 17. DOOR |
| DBO – DISASSEMBLED BY OWNER | PT – PROFESSIONAL TOOLS | D – DENTED | MCU – MECHANICAL CONDITION UNKNOWN | SC – SCRATCHED | Z – CRACKED | 6. LEGS | 12. EDGE | 18. SHELF |
| FTV – FLAT SCREEN TV | SW – SHRINK WRAPPED | | | | | | | 19. HARDWARE |

NOTE: THE OMISSION OF THESE SYMBOLS INDICATES GOOD CONDITION EXCEPT FOR NORMAL WEAR.

| ITEM # | WHSE IN | WHSE OUT | ITEM DESCRIPTION | CONDITION AT ORIGIN | CONDITION AT DESTINATION | DELIVERY CHECK |
|---|---|---|---|---|---|---|
| 1 | | | 5 L box CBO<br>5 L box CBO | | | |
| 2 | | | 5 L box CBO<br>5 L box CBO | | | |
| 3 | | | 5 L box CBO<br>2 motorcycle | | | |
| 4 | | | 2 tool chest<br>1 desk | | | |
| 5 | | | 1 tabla<br>1 table small | | | |
| 6 | | | 1 shelves<br>1 out side chair | | | |
| 7 | | | 1 out side chair<br>1 3 seat sofa | | | |
| 8 | | | 1 recliner chair<br>1 recliner chair | | | |
| 9 | | | 1 out side table<br>1 pc1 tv stand | | | |
| 0 | | | 1 pc 2 tv stand<br>1 pc 3 tv stand | | | |
| 1 | | | 1 pc 14tv stand<br>1 dining table big | | | |
| 2 | | | 2 living room chairs<br>2 queen mattress | | | |
| 3 | | | 1 queen box spring<br>1 king split mattress | | | |
| 4 | | | 1 twin mattress<br>1 rug | | | |
| 5 | | | 1 tool chest<br>1 tv 65 | | | |
| 6 | | | 1 bed head bord<br>1 loveseat | | | |
| 7 | | | 1 tv 65<br>5 L BOX CBO | | | |
| 8 | | | 4 L BOX CBO<br>5 L BOX CBO | | | |
| 9 | | | 5 L BOX C BO<br>1 L BOX CBO | | | |
| 0 | | | 3 L BOX CBO<br>3 L BOX CBO | | | |
| 1 | | | 1 L BOX CBO<br>6 L BOX CBO | | | |
| 2 | | | 7 L BOX CBO<br>10 L BOX CBO | | | |
| 3 | | | 10 L BOX CBO<br>10 L BOX CBO | | | |
| 4 | | | 10 L BOX CBO<br>10 L BOX CBO | | | |
| 5 | | | 5 L BOX CBO<br>10 L BOX CBO | | | |
| 6 | | | 10 L BOX CBO<br>10 L BOX CBO | | | |
| 7 | | | 10 L BOX CBO<br>10 L BOX CBO | | | |
| 8 | | | 5 L BOX CBO | | | |
| 9 | | | | | | |
| 0 | | | | | | |
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 0 | | | | | | |

**Remarks**

THIS IS THE INVENTORY AND DESCRIPTION OF THIS SHIPMENT AT ORIGIN AND DESTINATION. ALL CLAIMS FOR LOSS OR EXTERIOR DAMAGE ARE TO BE SUPPORTED BY EXCEPTIONS NOTED ABOVE.

"WE HAVE CHECKED ALL ITEMS LISTED ABOVE AND ACKNOWLEDGE THAT THIS IS A TRUE AND COMPLETE LIST OF THE GOODS TENDERED AND AS OF THE STATE OF THE GOODS RECEIVED".

**WARNING** → BEFORE SIGNING – CHECK SHIPMENT, COUNT ITEMS AND DESCRIBE LOSS AND DAMAGE IN THE SPACE ON THE RIGHT ABOVE.

| Origin | | | | Destination | | | |
|---|---|---|---|---|---|---|---|
| Carrier's Signature | [signature] | Date | 5/28/2025 | Carrier's Signature | | Date | |
| Customer's Signature | [signature] Steven Kolodge (May 28, 2025 21:40 PDT) | Date | May 28, 2025 | Customer's Signature | | Date | |

Case 4:25-cv-03763 Document 12-1 Filed 09/16/25 in TXSD Page 4 of 9

| | | | |
|---|---|---|---|
| US DOT #: [illegible] | **GOOD VIEW MOVING & STORAGE** | Page#: | No of Pgs: |
| ICC/MC #: MC-1425325 | | TAG-LOT#: | |
| Van #: 1 | Goodview Moving and Storage \| 409 Riverview Drive, Totowa, NJ, 07512<br>Tel: 973-836-2717 \| service@fasttransportation.info | TAG-Color: | |
| Order #: V6251731 | **HOUSEHOLD GOODS DESCRIPTIVE INVENTORY** | Pick-Up-Date: | |

| Origin Information | | | | | | Destination Information | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Customer Name | Steve kokodge | | | | | Customer Name | Steve kokodge | | | | |
| Address | 8310 simsbury dr | | | | | Address | 1856 velvet oak lane | | | | |
| City | Verdi | State | Nv | Zip Code | | City | Conroe | State | Tx | Zip Code | 77301 |

| Descriptive Symbols | | | Exception Symbols | | | Location Symbols | | |
|---|---|---|---|---|---|---|---|---|
| BW – BLANKET WRAPPED | LTV – LCD TV | BE– BENT | F – FADED | MO – MOTH | SH – SHORT | 1. ARM | 7. REAR | 13. CENTER |
| CBO – CRATED BY OWNER | PBO – PACKED BY OWNER | BR– BROKEN | G – GOUGED | P – PEELING | SO – SOILED | 2. BOTTOM | 8. RIGHT | 14. INSIDE |
| CCR – CARRIER CRATED | PB – PROFESSIONAL BOOKS | BU– BURNED | L – LOOSE | R – RUBBED | ST – STAINED | 3. CORNER | 9. SIDE | 15. SEAT |
| CD – CARRIER DISASSEMBLED | PE – PROFESSIONAL EQUIPMENT | CH – CHIPPED | M – MARRED | RU – RUSTED | T – TORN | 4. FRONT | 10. TOP | 16. DRAWER |
| CP – CARRIER PACKED | PP – PROFESSIONAL PAPERS | CU– CONTENT & CONDITION UNKNOWN | MI – MILDEW | S – STRETCHED | W – WORN | 5. LEFT | 11. VENEER | 17. DOOR |
| DBO –DISASSEMBLED BY OWNER | PT – PROFESSIONAL TOOLS | D – DENTED | MCU – MECHANICAL CONDITION UNKNOWN | SC – SCRATCHED | Z – CRACKED | 6. LEGS | 12. EDGE | 18. SHELF |
| FTV – FLAT SCREEN TV | SW – SHRINK WRAPPED | | | | | | | 19. HARDWARE |

NOTE: THE OMISSION OF THESE SYMBOLS INDICATES GOOD CONDITION EXCEPT FOR NORMAL WEAR.

| ITEM # | WHSE IN | WHSE OUT | ITEM DESCRIPTION | CONDITION AT ORIGIN | CONDITION AT DESTINATION | DELIVERY CHECK |
|---|---|---|---|---|---|---|
| 1 | | | 10 L BOX CBO<br>10 L BOX CBO | | | |
| 2 | | | 10 L BOX CBO<br>10 L BOX CBO | | | |
| 3 | | | 5 L BOX CBO<br>5 L BOX C BO | | | |
| 4 | | | 1 L BOX CBO<br>1 L BOX CBO | | | |
| 5 | | | 4 L BOX CBO<br>5 L BOX CBO | | | |
| 6 | | | 4 L BOX CBO<br>7 L BOX CBO | | | |
| 7 | | | 8 L BOX CBO<br>1 L BOX CBO | | | |
| 8 | | | 1 L BOX CBO<br>1 L BOX C BO | | | |
| 9 | | | 1 L BOX CBO<br>1 L BOX CBO | | | |
| 0 | | | 8 L BOX CBO<br>7 L BOX CBO | | | |
| 1 | | | 9 L BOX CBO<br>10 L BOX CBO | | | |
| 2 | | | 10 L BOX CBO<br>10 L BOX CBO | | | |
| 3 | | | 10 L BOX CBO<br>5 L BOX CBO | | | |
| 4 | | | 5 L BOX C BO<br>1 L BOX CBO | | | |
| 5 | | | 1 L BOX CBO<br>4 L BOX CBO | | | |
| 6 | | | 5 L BOX CBO<br>4 L BOX CBO | | | |
| 7 | | | 7 L BOX CBO<br>8 L BOX CBO | | | |
| 8 | | | 1 L BOX CBO<br>1 L BOX CBO | | | |
| 9 | | | 1 L BOX C BO<br>1 L BOX CBO | | | |
| 0 | | | 1 L BOX CBO<br>8 L BOX CBO | | | |
| 1 | | | 7 L BOX CBO<br>9 L BOX CBO | | | |
| 2 | | | 10 L BOX CBO<br>10 L BOX CBO | | | |
| 3 | | | 10 L BOX CBO<br>10 L BOX CBO | | | |
| 4 | | | 5 L BOX CBO<br>5 L BOX C BO | | | |
| 5 | | | 1 L BOX CBO<br>1 L BOX CBO | | | |
| 6 | | | 4 L BOX CBO<br>5 L BOX CBO | | | |
| 7 | | | 4 L BOX CBO<br>7 L BOX CBO | | | |
| 8 | | | 8 L BOX CBO<br>1 L BOX CBO | | | |
| 9 | | | 1 L BOX CBO<br>1 L BOX C BO | | | |
| 0 | | | 1 L BOX CBO<br>1 L BOX CBO | | | |
| 1 | | | 8 L BOX CBO<br>7 L BOX CBO | | | |
| 2 | | | 9 L BOX CBO | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 0 | | | | | | |
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 0 | | | | | | |
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 0 | | | | | | |

**Remarks**

THIS IS THE INVENTORY AND DESCRIPTION OF THIS SHIPMENT AT ORIGIN AND DESTINATION. ALL CLAIMS FOR LOSS OR EXTERIOR DAMAGE ARE TO BE SUPPORTED BY EXCEPTIONS NOTED ABOVE.

"WE HAVE CHECKED ALL ITEMS LISTED ABOVE AND ACKNOWLEDGE THAT THIS IS A TRUE AND COMPLETE LIST OF THE GOODS TENDERED AND AS OF THE STATE OF THE GOODS RECEIVED".

**WARNING** ➡ BEFORE SIGNING – CHECK SHIPMENT, COUNT ITEMS AND DESCRIBE LOSS AND DAMAGE IN THE SPACE ON THE RIGHT ABOVE.

| Origin | | | | Destination | | | |
|---|---|---|---|---|---|---|---|
| Carrier's Signature | [signature] | Date | 5/28/2025 | Carrier's Signature | | Date | |
| Customer's Signature | [signature] Steven Kolodge (May 28, 2025 21:40 PDT) | Date | May 28, 2025 | Customer's Signature | | Date | |

FORM BY: CSI WWW.CSIPROS.ORG 2022 77-CSI-CLAIM (772) 742-5246 © 2025 FORM NO. 274 DI-19Rev. 06/19

| | | | |
|---|---|---|---|
| US DOT #: 2883187 | GOOD VIEW MOVING & STORAGE | Page#: | No. of Pgs: |
| ICC/MC #: MC-1425325 | | TAG-LOT#: | |
| Van #: 1 | Goodview Moving and Storage \| 409 Riverview Drive, Totowa, NJ, 07512 | TAG-Color: | |
| Order #: V6251731 | Tel: 973-836-2717 \| service@fasttransportation.info | Pick-Up-Date: | |

# HOUSEHOLD GOODS DESCRIPTIVE INVENTORY

| Origin Information | | | | | | Destination Information | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Customer Name | Steve kokodge | | | | | Customer Name | Steve kokodge | | | | |
| Address | 8310 simsbury dr | | | | | Address | 1856 velvet oak lane | | | | |
| City | Verdi | State | Nv | Zip Code | | City | Conroe | State | Tx | Zip Code | |

| Descriptive Symbols | | | Exception Symbols | | | Location Symbols | | |
|---|---|---|---|---|---|---|---|---|
| BW – BLANKET WRAPPED | LTV – LCD TV | BE– BENT | F – FADED | MO – MOTH | SH – SHORT | 1. ARM | 7. REAR | 13. CENTER |
| CBO – CRATED BY OWNER | PBO – PACKED BY OWNER | BR– BROKEN | G – GOUGED | P – PEELING | SO – SOILED | 2. BOTTOM | 8. RIGHT | 14. INSIDE |
| CCR – CARRIER CRATED | PB – PROFESSIONAL BOOKS | BU– BURNED | L – LOOSE | R – RUBBED | ST – STAINED | 3. CORNER | 9. SIDE | 15. SEAT |
| CD – CARRIER DISASSEMBLED | PE – PROFESSIONAL EQUIPMENT | CH – CHIPPED | M – MARRED | RU – RUSTED | T - TORN | 4. FRONT | 10. TOP | 16. DRAWER |
| CP – CARRIER PACKED | PP – PROFESSIONAL PAPERS | CU– CONTENT & CONDITION UNKNOWN | MI – MILDEW | S – STRETCHED | W – WORN | 5. LEFT | 11. VENEER | 17. DOOR |
| DBO –DISASSEMBLED BY OWNER | PT – PROFESSIONAL TOOLS | D – DENTED | MCU – MECHANICAL CONDITION UNKNOWN | SC – SCRATCHED | Z – CRACKED | 6. LEGS | 12. EDGE | 18. SHELF |
| FTV – FLAT SCREEN TV | SW – SHRINK WRAPPED | | | | | | | 19. HARDWARE |

NOTE: THE OMISSION OF THESE SYMBOLS INDICATES GOOD CONDITION EXCEPT FOR NORMAL WEAR.

| ITEM # | WHSE IN | WHSE OUT | ITEM DESCRIPTION | CONDITION AT ORIGIN | CONDITION AT DESTINATION | DELIVERY CHECK |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 0 | | | | | | |
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 0 | | | | | | |
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 0 | | | | | | |
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 0 | | | | | | |
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 0 | | | | | | |

Item description (as entered):

1 chest drawers CBO
1 ottoman CBO
1 trash can CBO
1 Ac Cbo
2 nightstand CBO
1 rug CBO
PLASTIC BIN PBO
PLASTIC BIN PBO
PLASTIC BIN PBO
PLASTIC BIN PBO
PLASTIC BIN PBO
PLASTIC BIN PBO
Table
Side table
Garage tool
Tool chest
Tool cabinet
Table
4 patio chair Living room
1 glass table top
Table patio
5 L BOX CBO
4 L BOX CBO
5 L BOX CBO
5 L BOX C BO
1 L BOX CBO
3 L BOX CBO
3 L BOX CBO
1 L BOX CBO
6 L BOX CBO
7 L BOX CBO
10 L BOX CBO
10 L BOX CBO
10 L BOX CBO
10 L BOX CBO
4 L BOX CBO
5 L BOX CBO
4 L BOX CBO
7 L BOX CBO
8 L BOX CBO
1 L BOX CBO
1 L BOX CBO
1 L BOX C BO
1 L BOX CBO
1 L BOX CBO
8 L BOX CBO
7 L BOX CBO
9 L BOX CBO
M BOX CBO
M BOX CBO
M BOX CBO
M BOX CBO
M BOX CBO
M BOX PBO
M BOX PBO
M BOX PBO
M BOX PBO
M BOX PBO
M BOX PBO
M BOX PBO
M BOX PBO
M BOX PBO
M BOX PBO
M BOX PBO

Customer request a specific stacking in a truck and being done the same way he request

**Remarks**

THIS IS THE INVENTORY AND DESCRIPTION OF THIS SHIPMENT AT ORIGIN AND DESTINATION. ALL CLAIMS FOR LOSS OR EXTERIOR DAMAGE ARE TO BE SUPPORTED BY EXCEPTIONS NOTED ABOVE.

"WE HAVE CHECKED ALL ITEMS LISTED ABOVE AND ACKNOWLEDGE THAT THIS IS A TRUE AND COMPLETE LIST OF THE GOODS TENDERED AND AS OF THE STATE OF THE GOODS RECEIVED".

**WARNING** → BEFORE SIGNING – CHECK SHIPMENT, COUNT ITEMS AND DESCRIBE LOSS AND DAMAGE IN THE SPACE ON THE RIGHT ABOVE.

| Origin | | | | Destination | | | |
|---|---|---|---|---|---|---|---|
| Carrier's Signature | [signature] | Date | 5/28/2025 | Carrier's Signature | | Date | |
| Customer's Signature | [signature] Steven Kolodge (May 28, 2025 21:40 PDT) | Date | May 28, 2025 | Customer's Signature | | Date | |

| | | |
|---|---|---|
| US DOT #: 3883187 | GOOD VIEW MOVING & STORAGE | Page#: No. of Pgs: |
| ICC/MC #: MC-1425325 | | TAG-LOT#: |
| Van #: 2 | Goodview Moving and Storage \| 409 Riverview Drive, Totowa, NJ, 07512<br>Tel: 973-836-2717 \| service@fasttransportation.info | TAG-Color: |
| Order #: V6251731 | **HOUSEHOLD GOODS DESCRIPTIVE INVENTORY** | Pick-Up-Date: |

| **Origin Information** | | | | | | **Destination Information** | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Customer Name | Steve kokodge | | | | | Customer Name | Steve kokodge | | | | |
| Address | 8310 simsbury dr | | | | | Address | 1856 velvet oak lane | | | | |
| City | Verdi | State | Nv | Zip Code | | City | Conroe | State | Tx | Zip Code | |

| **Descriptive Symbols** | | | **Exception Symbols** | | | **Location Symbols** | | |
|---|---|---|---|---|---|---|---|---|
| BW – BLANKET WRAPPED<br>CBO – CRATED BY OWNER<br>CCR – CARRIER CRATED<br>CD – CARRIER DISASSEMBLED<br>CP – CARRIER PACKED<br>DBO – DISASSEMBLED BY OWNER<br>FTV – FLAT SCREEN TV | LTV – LCD TV<br>PBO – PACKED BY OWNER<br>PB – PROFESSIONAL BOOKS<br>PE – PROFESSIONAL EQUIPMENT<br>PP – PROFESSIONAL PAPERS<br>PT – PROFESSIONAL TOOLS<br>SW – SHRINK WRAPPED | BE– BENT<br>BR– BROKEN<br>BU– BURNED<br>CH – CHIPPED<br>CU– CONTENT & CONDITION UNKNOWN<br>D – DENTED | F – FADED<br>G – GOUGED<br>L – LOOSE<br>M – MARRED<br>MI – MILDEW<br>MCU – MECHANICAL CONDITION UNKNOWN | MO – MOTH<br>P – PEELING<br>R – RUBBED<br>RU – RUSTED<br>S – STRETCHED<br>SC – SCRATCHED | SH – SHORT<br>SO – SOILED<br>ST – STAINED<br>T – TORN<br>W – WORN<br>Z – CRACKED | 1. ARM<br>2. BOTTOM<br>3. CORNER<br>4. FRONT<br>5. LEFT<br>6. LEGS | 7. REAR<br>8. RIGHT<br>9. SIDE<br>10. TOP<br>11. VENEER<br>12. EDGE | 13. CENTER<br>14. INSIDE<br>15. SEAT<br>16. DRAWER<br>17. DOOR<br>18. SHELF<br>19. HARDWARE |

NOTE: THE OMISSION OF THESE SYMBOLS INDICATES GOOD CONDITION EXCEPT FOR NORMAL WEAR.

| ITEM # | WHSE IN | WHSE OUT | ITEM DESCRIPTION | CONDITION AT ORIGIN | CONDITION AT DESTINATION | DELIVERY CHECK |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 0 | | | | | | |
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 0 | | | | | | |
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 0 | | | | | | |
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 0 | | | | | | |

Living room chair
Ottoman
Side table
Table
Living room chair
Table top
Queen bed frame pc1
Queen bed frame pc2
Side table
Garage tool
Tool chest
Tool cabinet
Table
5 L BOX CBO
4 L BOX CBO
5 L BOX CBO
5 L BOX C BO
1 L BOX CBO
3 L BOX CBO
3 L BOX CBO
1 L BOX CBO
6 L BOX CBO
7 L BOX CBO
L BOX CBO
L BOX CBO
L BOX CBO
L BOX CBO
L BOX C BO
L BOX CBO
L BOX CBO
L BOX CBO
L BOX CBO
L BOX CBO
L BOX CBO
L BOX CBO
L BOX CBO
L BOX CBO
L BOX CBO
L BOX CBO
L BOX CBO
L BOX C BO
L BOX CBO
L BOX CBO
L BOX CBO
L BOX CBO
L BOX CBO
L BOX CBO
L BOX CBO
L BOX CBO
L BOX CBO
L BOX CBO
L BOX C BO
L BOX CBO
L BOX CBO
L BOX CBO
L BOX CBO
L BOX CBO
L BOX CBO
L BOX CBO
L BOX CBO
L BOX CBO
L BOX CBO
L BOX C BO
L BOX CBO
L BOX CBO
L BOX CBO
L BOX CBO
L BOX CBO

**Remarks**

THIS IS THE INVENTORY AND DESCRIPTION OF THIS SHIPMENT AT ORIGIN AND DESTINATION. ALL CLAIMS FOR LOSS OR EXTERIOR DAMAGE ARE TO BE SUPPORTED BY EXCEPTIONS NOTED ABOVE.

"WE HAVE CHECKED ALL ITEMS LISTED ABOVE AND ACKNOWLEDGE THAT THIS IS A TRUE AND COMPLETE LIST OF THE GOODS TENDERED AND AS OF THE STATE OF THE GOODS RECEIVED".

**WARNING** ➡ BEFORE SIGNING – CHECK SHIPMENT, COUNT ITEMS AND DESCRIBE LOSS AND DAMAGE IN THE SPACE ON THE RIGHT ABOVE.

| **Origin** | | | | **Destination** | | | |
|---|---|---|---|---|---|---|---|
| Carrier's Signature | [signature] | Date | 5/28/2025 | Carrier's Signature | | Date | |
| Customer's Signature | [signature]<br>Steven Kolodge (May 28, 2025 21:40 PDT) | Date | May 28, 2025 | Customer's Signature | | Date | |

| | | | |
|---|---|---|---|
| US DOT #: 3883187 | GOOD VIEW MOVING & STORAGE | Page#: | No. Of Pgs: |
| ICC/MC #: MC-1425325 | | TAG-LOT#: | |
| Van #: 2 | Goodview Moving and Storage \| 409 Riverview Drive, Totowa, NJ, 07512<br>Tel: 973-836-2717 \| service@fasttransportation.info | TAG-Color: | |
| Order #: V6251731 | **HOUSEHOLD GOODS DESCRIPTIVE INVENTORY** | Pick-Up-Date: | |

| Origin Information | | | | | | Destination Information | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Customer Name | Steve kokodge | | | | | Customer Name | Steve kokodge | | | | |
| Address | 8310 simsbury dr | | | | | Address | 1856 velvet oak lane | | | | |
| City | Verdi | State | Nv | Zip Code | | City | Conroe | State | Tx | Zip Code | 77301 |

| Descriptive Symbols | | | Exception Symbols | | | Location Symbols | | |
|---|---|---|---|---|---|---|---|---|
| BW – BLANKET WRAPPED<br>CBO – CRATED BY OWNER<br>CCR – CARRIER CRATED<br>CD – CARRIER DISASSEMBLED<br>CP – CARRIER PACKED<br>DBO –DISASSEMBLED BY OWNER<br>FTV – FLAT SCREEN TV | LTV – LCD TV<br>PBO – PACKED BY OWNER<br>PB – PROFESSIONAL BOOKS<br>PE – PROFESSIONAL EQUIPMENT<br>PP – PROFESSIONAL PAPERS<br>PT – PROFESSIONAL TOOLS<br>SW – SHRINK WRAPPED | BE– BENT<br>BR– BROKEN<br>BU– BURNED<br>CH – CHIPPED<br>CU– CONTENT & CONDITION UNKNOWN<br>D – DENTED | F – FADED<br>G – GOUGED<br>L – LOOSE<br>M – MARRED<br>MI – MILDEW<br>MCU – MECHANICAL CONDITION UNKNOWN | MO – MOTH<br>P – PEELING<br>R – RUBBED<br>RU – RUSTED<br>S – STRETCHED<br>SC – SCRATCHED | SH – SHORT<br>SO – SOILED<br>ST – STAINED<br>T – TORN<br>W – WORN<br>Z – CRACKED | 1. ARM<br>2. BOTTOM<br>3. CORNER<br>4. FRONT<br>5. LEFT<br>6. LEGS | 7. REAR<br>8. RIGHT<br>9. SIDE<br>10. TOP<br>11. VENEER<br>12. EDGE | 13. CENTER<br>14. INSIDE<br>15. SEAT<br>16. DRAWER<br>17. DOOR<br>18. SHELF<br>19. HARDWARE |

NOTE: THE OMISSION OF THESE SYMBOLS INDICATES GOOD CONDITION EXCEPT FOR NORMAL WEAR.

| ITEM # | WHSE IN | WHSE OUT | ITEM DESCRIPTION | CONDITION AT ORIGIN | CONDITION AT DESTINATION | DELIVERY CHECK |
|---|---|---|---|---|---|---|
| 1 | | | 6 pictures | | | |
| 2 | | | 1 refrigerator<br>1 safe | | | |
| 3 | | | 1 shoe rack<br>1 stand med | | | |
| 4 | | | 1 trunk L<br>1 Trunk M | | | |
| 5 | | | 1 flat tv 33<br>1 vacuum | | | |
| 6 | | | S BOX PBO<br>S BOX PBO | | | |
| 7 | | | S BOX PBO<br>S BOX PBO | | | |
| 8 | | | S BOX PBO<br>S BOX PBO | | | |
| 9 | | | S BOX PBO | | | |
| 0 | | | S BOX PBO<br>S BOX PBO | | | |
| 1 | | | S BOX PBO<br>S BOX PBO | | | |
| 2 | | | S BOX PBO<br>S BOX PBO | | | |
| 3 | | | S BOX PBO<br>S BOX PBO | | | |
| 4 | | | S BOX PBO<br>S BOX PBO | | | |
| 5 | | | S BOX PBO<br>S BOX PBO | | | |
| 6 | | | S BOX PBO<br>One table | | | |
| 7 | | | Cat toy<br>One vanity | | | |
| 8 | | | Table | | | |
| 9 | | | Table<br>Cabinet | | | |
| 0 | | | 8 plastic pens CBO<br>Shelf | | | |
| 1 | | | Chair office<br>L BOX CBO | | | |
| 2 | | | L BOX CBO<br>L BOX CBO | | | |
| 3 | | | L BOX CBO<br>L BOX C BO | | | |
| 4 | | | L BOX CBO<br>L BOX CBO | | | |
| 5 | | | L BOX CBO<br>L BOX CBO | | | |
| 6 | | | L BOX CBO | | | |
| 7 | | | L BOX CBO<br>L BOX CBO | | | |
| 8 | | | L BOX CBO<br>L BOX CBO | | | |
| 9 | | | L BOX CBO<br>L BOX CBO | | | |
| 0 | | | L BOX CBO<br>L BOX C BO | | | |
| 1 | | | L BOX CBO<br>L BOX CBO | | | |
| 2 | | | L BOX CBO<br>L BOX CBO | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 0 | | | | | | |

**Remarks**

THIS IS THE INVENTORY AND DESCRIPTION OF THIS SHIPMENT AT ORIGIN AND DESTINATION. ALL CLAIMS FOR LOSS OR EXTERIOR DAMAGE ARE TO BE SUPPORTED BY EXCEPTIONS NOTED ABOVE.

"WE HAVE CHECKED ALL ITEMS LISTED ABOVE AND ACKNOWLEDGE THAT THIS IS A TRUE AND COMPLETE LIST OF THE GOODS TENDERED AND AS OF THE STATE OF THE GOODS RECEIVED".

WARNING ➡ BEFORE SIGNING – CHECK SHIPMENT, COUNT ITEMS AND DESCRIBE LOSS AND DAMAGE IN THE SPACE ON THE RIGHT ABOVE.

| Origin | | | | Destination | | | |
|---|---|---|---|---|---|---|---|
| Carrier's Signature | [signature] | Date | 5/28/2025 | Carrier's Signature | | Date | |
| Customer's Signature | [signature]<br>Steven Kolodge (May 28, 2025 21:40 PDT) | Date | May 28, 2025 | Customer's Signature | | Date | |

| | | | |
|---|---|---|---|
| US DOT #: 3883187 | GOOD VIEW MOVING & STORAGE | Page#: | No. of Pgs: |
| ICC/MC #: MC-1425325 | | TAG-LOT#: | |
| Van #: | Goodview Moving and Storage \| 409 Riverview Drive, Totowa, NJ, 07512 | TAG-Color: | |
| Order #: | Tel: 973-836-2717 \| service@fasttransportation.info | Pick-Up-Date: | |

# HOUSEHOLD GOODS DESCRIPTIVE INVENTORY

| Origin Information | | | | | | Destination Information | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Customer Name | Steve kokodge | | | | | Customer Name | Steve kokodge | | | | |
| Address | 8310 simsbury dr | | | | | Address | 1856 velvet oak lane | | | | |
| City | Verdi | State | Nv | Zip Code | 89439 | City | Conroe | State | Tx | Zip Code | 77301 |

| Descriptive Symbols | | | Exception Symbols | | | Location Symbols | | |
|---|---|---|---|---|---|---|---|---|
| BW – BLANKET WRAPPED<br>CBO – CRATED BY OWNER<br>CCR – CARRIER CRATED<br>CD – CARRIER DISASSEMBLED<br>CP – CARRIER PACKED<br>DBO – DISASSEMBLED BY OWNER<br>FTV – FLAT SCREEN TV | LTV – LCD TV<br>PBO – PACKED BY OWNER<br>PB – PROFESSIONAL BOOKS<br>PE – PROFESSIONAL EQUIPMENT<br>PP – PROFESSIONAL PAPERS<br>PT – PROFESSIONAL TOOLS<br>SW – SHRINK WRAPPED | BE – BENT<br>BR – BROKEN<br>BU – BURNED<br>CH – CHIPPED<br>CU – CONTENT & CONDITION UNKNOWN<br>D – DENTED | F – FADED<br>G – GOUGED<br>L – LOOSE<br>M – MARRED<br>MI – MILDEW<br>MCU – MECHANICAL CONDITION UNKNOWN | MO – MOTH<br>P – PEELING<br>R – RUBBED<br>RU – RUSTED<br>S – STRETCHED<br>SC – SCRATCHED | SH – SHORT<br>SO – SOILED<br>ST – STAINED<br>T – TORN<br>W – WORN<br>Z – CRACKED | 1. ARM<br>2. BOTTOM<br>3. CORNER<br>4. FRONT<br>5. LEFT<br>6. LEGS | 7. REAR<br>8. RIGHT<br>9. SIDE<br>10. TOP<br>11. VENEER<br>12. EDGE | 13. CENTER<br>14. INSIDE<br>15. SEAT<br>16. DRAWER<br>17. DOOR<br>18. SHELF<br>19. HARDWARE |

NOTE: THE OMISSION OF THESE SYMBOLS INDICATES GOOD CONDITION EXCEPT FOR NORMAL WEAR.

| ITEM # | WHSE IN | WHSE OUT | ITEM DESCRIPTION | CONDITION AT ORIGIN | CONDITION AT DESTINATION | DELIVERY CHECK |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 0 | | | | | | |
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 0 | | | | | | |
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 0 | | | | | | |
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 0 | | | | | | |

Item description entries (typed over the rows):

10 L BOX CBO
10 L BOX CBO
10 L BOX CBO
10 L BOX CBO
10 L BOX CBO
5 L BOX CBO
5 L BOX C BO
1 L BOX CBO
1 L BOX CBO
4 L BOX CBO
5 L BOX CBO
4 L BOX CBO
7 L BOX CBO
8 L BOX CBO
1 L BOX CBO
1 L BOX CBO
1 L BOX C BO
1 L BOX CBO
1 L BOX CBO
8 L BOX CBO
7 L BOX CBO
9 L BOX CBO
M BOX CBO
M BOX CBO
M BOX CBO
M BOX CBO
M BOX CBO
M BOX PBO
M BOX PBO
M BOX PBO
M BOX PBO
M BOX PBO
M BOX PBO
M BOX PBO
M BOX PBO
M BOX PBO
M BOX PBO
M BOX PBO
M BOX PBO
M BOX PBO
M BOX PBO
M BOX PBO
4 L BOX CBO
5 L BOX CBO
5 L BOX C BO
1 L BOX CBO
3 L BOX CBO
3 L BOX CBO
1 L BOX CBO
10 L BOX CBO
10 L BOX CBO
10 L BOX CBO
10 L BOX CBO
10 L BOX CBO

**Remarks**

THIS IS THE INVENTORY AND DESCRIPTION OF THIS SHIPMENT AT ORIGIN AND DESTINATION. ALL CLAIMS FOR LOSS OR EXTERIOR DAMAGE ARE TO BE SUPPORTED BY EXCEPTIONS NOTED ABOVE.

"WE HAVE CHECKED ALL ITEMS LISTED ABOVE AND ACKNOWLEDGE THAT THIS IS A TRUE AND COMPLETE LIST OF THE GOODS TENDERED AND AS OF THE STATE OF THE GOODS RECEIVED".

WARNING ➡ BEFORE SIGNING – CHECK SHIPMENT, COUNT ITEMS AND DESCRIBE LOSS AND DAMAGE IN THE SPACE ON THE RIGHT ABOVE.

| Origin | | | | Destination | | | |
|---|---|---|---|---|---|---|---|
| Carrier's Signature | [signature] | Date | 5/28/2025 | Carrier's Signature | | Date | |
| Customer's Signature | [signature] Steven Kolodge (May 28, 2025 21:40 PDT) | Date | May 28, 2025 | Customer's Signature | | Date | |

# v6251731 NV - TX Bol

Final Audit Report 2025-05-29

| | |
|---|---|
| Created: | 2025-05-29 |
| By: | Fast Transportation (service@fasttransportation.info) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAEGrwAvunwkmiJ7jTDMnrHSm7pM_AZgXn |

## "v6251731 NV - TX Bol" History

- Document created by Fast Transportation (service@fasttransportation.info)
  2025-05-29 - 4:35:01 AM GMT

- Document emailed to kolodgefam@gmail.com for signature
  2025-05-29 - 4:35:10 AM GMT

- Email viewed by kolodgefam@gmail.com
  2025-05-29 - 4:36:42 AM GMT

- Signer kolodgefam@gmail.com entered name at signing as Steven Kolodge
  2025-05-29 - 4:40:07 AM GMT

- Document e-signed by Steven Kolodge (kolodgefam@gmail.com)
  Signature Date: 2025-05-29 - 4:40:09 AM GMT - Time Source: server

- Agreement completed.
  2025-05-29 - 4:40:09 AM GMT