**Please note:** If there are multiple Out-of-Service orders, the earliest date will be displayed.

For help on the explanation of individual data fields, click on any field name or for help of a general nature go to SAFER General Help.

**The information below reflects the content of the FMCSA management information systems as of 09/09/2025.**

**To find out if this entity has a pending insurance cancellation, please click here.**

| | | | |
|---|---|---|---|
| **USDOT INFORMATION** | | | |
| Entity Type: | BROKER | | |
| USDOT Status: | ACTIVE | Out of Service Date: | None |
| USDOT Number: | 4072455 | State Carrier ID Number: | |
| MCS-150 Form Date: | 05/05/2023 | MCS-150 Mileage (Year): | |
| **OPERATING AUTHORITY INFORMATION** | | | |
| Operating Authority Status: | AUTHORIZED FOR BROKER HHG<br>**For Licensing and Insurance details** click here. | | |
| MC/MX/FF Number(s): | MC-1547461 | | |
| **COMPANY INFORMATION** | | | |
| Legal Name: | MENARDS MOVING & STORAGE LLC | | |
| DBA Name: | | | |
| Physical Address: | 6801 LAKE WORTH RD STE 323<br>GREENACRES, FL 33467 | | |
| Phone: | (561) 398-2280 | | |
| Mailing Address: | 6801 LAKE WORTH RD STE 323<br>GREENACRES, FL 33467-2966 | | |
| DUNS Number: | -- | | |
| Power Units: | 0 | Non-CMV Units: | |
| | | Drivers: | |

**Operation Classification:**

| | | |
|---|---|---|
| x Auth. For Hire | Priv. Pass.(Non-business) | State Gov't |
| Exempt For Hire | Migrant | Local Gov't |
| Private(Property) | U.S. Mail | Indian Nation |
| Priv. Pass. (Business) | Fed. Gov't | |

**Carrier Operation:**

| | | |
|---|---|---|
| x Interstate | Intrastate Only (HM) | Intrastate Only (Non-HM) |

**Cargo Carried:**

| | | |
|---|---|---|
| x General Freight | Liquids/Gases | Chemicals |
| x Household Goods | Intermodal Cont. | Commodities Dry Bulk |
| Metal: sheets, coils, rolls | Passengers | Refrigerated Food |
| Motor Vehicles | Oilfield Equipment | Beverages |
| Drive/Tow away | Livestock | Paper Products |
| Logs, Poles, Beams, Lumber | Grain, Feed, Hay | Utilities |
| Building Materials | Coal/Coke | Agricultural/Farm Supplies |