
Gmail
KOLODGE
Active
Compose
Inbox 6,171
Starred
Snoozed
Sent
Scheduled
Drafts 79
More
Labels
ADVERTISE
AMERICAN CHOICE
ARBITRATION
Baker's Insurance
COI GOODVIEW
FAST
GOODVIEW
ID CARDS
Important emails
Kolodge communication ...
LOCAL LICENSEC
NOBLE
SALES PEAOPLE
SWIFT
Taha AZ
TITLE REISTRATION
5 of 6
to me
CHASE
Zelle® payment
ALEC KOLODGE sent you money
Here are the details:
Amount $1000.00
Sent on May 28, 2025
Transaction number 24925373762
Memo
ALEC KOLODGE is registered with a Zelle® member bank that supports payments in real time, so your money will usually be available in a few moments.
Go to Zelle®
Questions? Visit chase.com/Zelle or contact us at 1-800-935-9935.
Securely access your accounts in the Chase Mobile® app or at chase.com.
ABOUT THIS MESSAGE


Gmail
KOLODGE
Active
Compose
Mail
Chat
Meet
Inbox 6,171
Starred
Snoozed
Sent
Scheduled
Drafts 79
More
Labels
ADVERTISE
AMERICAN CHOICE
ARBITRATION
Baker's Insurance
COI GOODVIEW
FAST
GOODVIEW
ID CARDS
Important emails
Kolodge communication ...
LOCAL LICENSEC
NOBLE
SALES PEAOPLE
SWIFT
Taha AZ
TITLE REISTRATION
5 of 6
to me
CHASE
Zelle® payment
ALEC KOLODGE sent you money
Here are the details:
Amount $1000.00
Sent on May 29, 2025
Transaction number 24929359863
Memo
ALEC KOLODGE is registered with a Zelle® member bank that supports payments in real time, so your money will usually be available in a few moments.
Go to Zelle®
Questions? Visit chase.com/Zelle or contact us at 1-800-935-9935.
Securely access your accounts in the Chase Mobile® app or at chase.com
ABOUT THIS MESSAGE



Gmail

KOLODGE

Compose

Inbox 6,171
Starred
Snoozed
Sent
Scheduled
Drafts 79
More

Labels

ADVERTISE
AMERICAN CHOICE
ARBITRATION
Baker's Insurance
COI GOODVIEW
FAST
GOODVIEW
ID CARDS
Important emails
Kolodge communication ...
LOCAL LICENSEC
NOBLE
SALES PEAOPLE
SWIFT
Taha AZ
TITLE REISTRATION

Chase <no.reply.alerts@chase.com>
to me

May 30, 2025, 6:56 AM

5 of 6

CHASE

Zelle® payment

## ALEC KOLODGE sent you money

Here are the details:

| | |
|---|---|
| Amount | $1000.00 |
| Sent on | May 30, 2025 |
| Transaction number | 24939777987 |
| Memo | |

ALEC KOLODGE is registered with a Zelle® member bank that supports payments in real time, so your money will usually be available in a few moments.

Go to Zelle®

Questions? Visit chase.com/Zelle or contact us at 1-800-935-9935.

Securely access your accounts in the Chase Mobile® app or at chase.com

Gmail

KOLODGE

Active

Compose

Mail
Chat
Meet

- Inbox 6,172
- Starred
- Snoozed
- Sent
- Scheduled
- Drafts 79
- More

Labels

- ADVERTISE
- AMERICAN CHOICE
- ARBITRATION
- Baker's Insurance
- COI GOODVIEW
- FAST
- GOODVIEW
- ID CARDS
- Important emails
- Kolodge communication ...
- LOCAL LICENSEC
- NOBLE
- SALES PEAOPLE
- SWIFT
- Taha AZ
- TITLE REISTRATION

https://www.chase.com/zelle

5 of 6

CHASE

Zelle® payment

# ALEC KOLODGE sent you money

Here are the details:

| | |
|---|---|
| Amount | **$887.50** |
| Sent on | **May 31, 2025** |
| Transaction number | **24960011547** |
| Memo | |

ALEC KOLODGE is registered with a Zelle® member bank that supports payments in real time, so your money will usually be available in a few moments.

Go to Zelle®

Questions? Visit chase.com/Zelle or contact us at 1-800-935-9935.

Securely access your accounts in the Chase Mobile® app or at chase.com

ABOUT THIS MESSAGE

The Chase Mobile® app is available for select mobile devices. Message and data rates may apply.