**Kolodge Family**
to me

Thu, Aug 28, 10:56 AM (13 days ago)

Waed,

We have an employee of Goodview named Amy on tape stating that your company will pay us $25/day from our contracted promise date, until our second shipment arrived.
It was 47 days between these two transactions. Your company currently owes me ,
$1175.00. Please remit payment immediately to the address below

1856 Velvet Oak Lane
Conroe, Texas 77304.

The damage that your company caused is overwhelming. It will take a while to file.

Steve Kolodge
Sent from my iPad

---

**GOODVIEW MOVING AND STORAGE** <service@fasttransportation.info>
to Kolodge

Thu, Aug 28, 11:27 AM (13 days ago)

Hello Mr & Miss Kolodge,

Thank you for reaching out. I will certainly look into the details regarding the delay and get back to you with a confirmation. Our company acknowledges that delays in service do have consequences. I will finalize the exact number of days with our upper management and billing department, and a check for the agreed-upon daily rate will then be mailed to the address you provided: 1856 Velvet Oak Lane, Conroe, Texas 77304.

As a gentle reminder, please be aware that you have 90 days from the final delivery attempt to file a claim for any damages. We highly advise you to thoroughly inspect all of your belongings and then file everything under one comprehensive claim. Once the claim department begins processing your claim, we will expedite it on our end and subsequently mail you another check for the amount they issue.
please use the link below to file your claim

http://www.csipros.org/

Regards,
Waed

Goodview Moving and Storage