**GOODVIEW MOVING AND STORAGE** <service@fasttransportation.info> Thu, Aug 28, 2:49 PM (13 days ago)
to Kolodge

Hello Mr. & Miss Kolodge,

Following further verification with our upper management and billing department, we have determined that we were actually 53 days late beyond the 21 business days from your first available delivery date.

Considering this, your approved refund will be in the amount of $1325. This payment will be issued to you within 7 business days from today and you should receive it via certified mail at the address you previously provided: 1856 Velvet Oak Lane, Conroe, Texas 77304.

Could you please confirm this by replying to this email? Your confirmation will allow me to promptly forward this information to our billing department so they can begin processing the refund.

Thank you so much for your understanding.

Regards,
Waed