**Kolodge Family**
to me

Thu, Sep 4, 5:41 PM (6 days ago)

Waed, ,
I went to file our claim on the link you sent us. It clearly states that CSIPROS is not an insurance company and an insurance claim cannot be filed with them. Please explain

Steve Kolodge

...

**Kolodge Family**
to me

Thu, Sep 4, 5:42 PM (6 days ago)

On Thu, Sep 4, 2025 at 16:40 Kolodge Family <kolodgefam@gmail.com> wrote:
> Waed, ,
> I went to file our claim on the link you sent us. It clearly states that CSIPROS is not an insurance company and an insurance claim cannot be filed with them. Please explain

Whose insurance will we be filing with, Goodviews or Menards?

...

**GOODVIEW MOVING AND STORAGE** <service@fasttransportation.info>
to Kolodge

Thu, Sep 4, 5:43 PM (6 days ago)

CSI is a claim department it processes claims for Moving companies all over the United States
And please we still require verification from you on the previous email sent to you